---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Penns Grove LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 92-2623462 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| C/o FIA Capital Partners LLC<br>295 Front Street, Brooklyn, NY 11201<br><u>Number, Street, City, State & ZIP Code</u> | <br><u>P.O. Box, Number, Street, City, State & ZIP Code</u> |
| Kings<br><u>County</u> | **Location of principal assets, if different from principal place of business**<br>Real estate contract c/o FIA Capital Partners LLC<br>295 Front Street, Brooklyn, NY 11201<br><br><u>Number, Street, City, State & ZIP Code</u> |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Penns Grove LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor    Penns Grove LLC _____    Case number (*if known*) _____
        Name

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
        Contact name  _____
        Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     Penns Grove LLC                                          Case number (*if known*) _____
                 Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 28, 2025
                        MM / DD / YYYY

**X** /s/  David Goldwasser                                    David Goldwasser
      Signature of authorized representative of debtor          Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**    **X** /s/ Kevin Nash                          Date    January 28, 2025
                                              Signature of attorney for debtor                  MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone  _____    Email address   knash@gwfglaw.com

NY
Bar number and State

**ACTION BY WRITTEN CONSENT
OF MEMBER OF
PENNS GROVE VENTURES LLC**

January 22, 2025

The undersigned constituting the authorized signatory of Penns Grove Ventures LLC, a limited liability company organized under the laws of the State of Delaware (the "*Company*"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "*Bankruptcy Proceedings*") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser (Chief Restructuring Officer), be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Goldberg Weprin Finkel Goldstein LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Goldberg Weprin Finkel Goldstein LLP;

**RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

PENNS GROVE VENTURES LLC

By: box SIGN          15JJ9VVW-17ZK2LXY
David Goldwasser
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                                Chapter 11

Penns Grove Ventures, LLC,                                    Case No.

                                    Debtor.
--------------------------------------------------------------x

**DEBTOR'S DECLARATION
PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4**

David Goldwasser declares the following under penalties of perjury pursuant to 28 U.S.C.

§ 1746:

1.      I have been engaged as Chief Restructuring Officer ("CRO") by Penns Grove

Ventures, LLC (the "Debtor"). My engagement was formalized pursuant to an engagement

agreement dated January 23rd, 2025. I have been retained to oversee and manage the Debtor's

restructuring efforts during the Chapter 11 process due to my extensive experience navigating

bankruptcy proceedings and managing complex restructuring cases. The Debtor does not possess

this expertise internally and sought my appointment specifically to assist in preserving the

company's rights and assets in this case.

2.      The primary purpose of this Chapter 11 case is to protect the Debtor's rights in a

pending contract to purchase certain property in New Jersey that is critical to its business plan and

reorganization strategy. Without Bankruptcy Protection, the Debtor is at risk of losing both the

contract and a substantial deposit already paid.

3.      My role as CRO includes leading the Debtor through the Bankruptcy Process, and

securing the debtors rights to purchase the property located at while addressing creditor concerns.

My engagement as CRO complies with the Jay Alix Protocols, which ensure transparency and

accountability in the engagement of restructuring professionals. The terms of my engagement have

been fully disclosed in accordance with these protocols and applicable bankruptcy laws. This engagement was deemed necessary to bring experienced leadership to the Debtor's restructuring process and to ensure compliance with the obligations and requirements of the Chapter 11 case. I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 to support the Debtor's Chapter 11 filing. All books and records are now being maintained by me as CRO in care of my Brooklyn offices.

### Background

4.      The purpose of this Declaration is to assist the Court, creditors and other parties-in-interest in understanding the exigent circumstances necessitating the filing of the Chapter 11 petition to preserve its rights under a Purchase and Sale Agreement dated February 21, 2023 (the "PSA") pursuant to which the Debtor agreed to purchase certain real property consisting of a 144-unit residential apartment complex known as Penns Grove Apartments, located on Helms Cove Lane, in the Borough of Penns Grove, Salem County, New Jersey (the "Property") from Penns Grove Apartments, LLC (the "Seller").

5.      Pursuant to the terms of the PSA, the Debtor agreed to pay the total sum of $17,500,000 for the purchase of the Property. In furtherance thereof, the Debtor tendered an initial deposit in the sum of $450,000, together with two further payments of $50,000 each for the purpose of obtaining two 30-day extensions of the closing date, for a total of $550,000 (the "Deposit"). A portion of the funds used to pay the Deposit were borrowed by the Debtor.

6.      The PSA was expressly conditioned upon receipt of approvals from all relevant agencies, stating in Paragraph 8B in relevant part:

> [i]f HUD [United States Department of Housing and Urban Development], the Agency [New Jersey Housing and Mortgage Finance Agency ("NJHMFA")], the Borough of Penns Grove, or any other regulator having jurisdiction over any of he

Approvals denies an Approval or fails to take action to approve or deny any Approval on or before the expiration of the Approval Period.

7.      Despite the Debtor's diligent best efforts, timely approval was not received before the end of the Approval Period.

8.      Notwithstanding the foregoing, the Seller commenced suit in the Superior Court of New Jersey for Salem County, seeking to declare a default under the PSA and retain the Deposit.

9.      The Debtor certainly does not want to forfeit its rights under the PSA, and seeks to negotiate a resolution of the disputes so that it can close on the purchase of the Property under the PSA, albeit subject to a grant of an extension of the closing date and a reasonable reduction in the purchase price to take into account the status of the approval process. Alternatively, the Debtor will seek to recover its Deposit under Paragraph 8B of the PSA.

10.     Accordingly, the Debtor seeks Chapter 11 relief to provide a forum in which to expeditiously resolve the disputes between the Debtor and the Seller.

### Local Rule 1007-4 Disclosures

11.     Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 Petition.

12.     Pursuant to Local Rule 1007-4(a)(vi), a list of all of the Debtor's creditors is attached hereto.

13.     Pursuant to Local Rule 1007-4(a)(vii), there are no secured creditors.

14.     Pursuant to Local Rule 1007-4(a)(viii), the Debtor's assets and liabilities will be set forth in bankruptcy schedules and statements to be filed within fourteen (14) days of the date hereof.

15.     Pursuant to Local Rule 1007-4(a)(ix), the membership interest in the Debtor is not publicly traded, and is held by Shloime Rosenberg as the sole member/manger.

16.     Pursuant to Local Rule 1007-4(a)(x), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor, except that the Deposit is being held in escrow by Cross Bridge Title LLC pursuant to the PSA.

17.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are now being maintained by the undersigned as CRO.

18.     Pursuant to Local Rule 1007-4(a)(xiii), a list of all pending lawsuits is filed herewith.

19.     Pursuant to Local Rule 1007-4(a)(xiv), I shall serve as the CRO of the Debtor with compensation to be paid under the terms of my engagement agreement, subject to Order of the Bankruptcy Court approving my retention.

20.     Pursuant to Local Rule 1007-4(a)(xv), the Debtor has no current employees.

21.     Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant income or expenses in the next 60 days, except for the payment of costs associated with the Chapter 11 case, which shall be funded by the Debtor's principal as a capital contribution.

Dated:     Brooklyn, NY
           January 28, 2025

David Goldwasser, CRO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                            Chapter 11

Penns Grove Ventures LLC                          Case No.

                              Debtor.
-----------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Shloime Rosenberg - 100%


Dated:    Brooklyn, New York
          January 28, 2025


                              Penns Grove Ventures LLC

                              By: _____
                                   David Goldwasser, CRO

UNITED STATES BANKRUPTCY COURT
EASTERN OF NEW YORK
-------------------------------------------------------------x
In re:                                                              Chapter 11

Penns Grove Ventures, LLC,                                          Case No.

                                  Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

Penns Grove Apartments, LLC v. Penns Grove Ventures LLC and Cross Bride Title LLC
Superior Court of New Jersey, Salem County
Case No. SLM-L-000095-24
Breach of Contract

Attorney for Plaintiff:
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043


Dated:    Brooklyn, New York
          January 28, 2025


                              Penns Grove Ventures LLC

                        By:   _____
                              David Goldwasser, CRO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Chapter 11

Penns Grove Ventures, LLC,                                          Case No.

                                        Debtor.
------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1, Penns Grove Ventures, LLC certifies that it
is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries
which are publicly held.


Dated:    Brooklyn, New York
              January 28, 2025


                                Penns Grove Ventures, LLC

                        By:    _____
                                David Goldwasser, CRO

Berman Boyle & Engel LLC
1777 Reierstown Road
Suite 265
Pikesville, MD 21208


Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Mandelbaum Barrett
3 Becker Farm Rd.
Suite 105
Roseland, NJ 07068


NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205


Penns Grove Apartments LLC
c/o Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043


Troutman Pepper
501 Grant Street
Suite 300
Pittsburgh, PA 15219